**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 07-1545**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMMA D. HANDY,

Claimant - Appellant,

versus

207 SCHOOL HOUSE LANE, GRASONVILLE, MARYLAND
21638, with all buildings, appurtenances, and
improvements    thereon;    $132,151.37    U.S.
CURRENCY (HANDY),

Defendants.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:05-cv-
01702-AMD)

───────────

Submitted:  October 29, 2007        Decided:  November 16, 2007

───────────

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Emma D. Handy, Appellant Pro Se.  Rod J. Rosenstein, United States
Attorney, Allen F. Loucks, Richard Charles Kay, Assistant United
States Attorneys, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma D. Handy appeals the district court's order, following trial, forfeiting certain real property and currency to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Handy</u>, Nos. 1:05-cv-01702-AMD; 1:05-cv-02320-AMD (D. Md. May 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>